**LAW OFFICES OF LORNE M. REITER, LLC**
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

TEL. (732) 747-9555
FAX (732) 626-6800

| | |
|---|---|
| LORNE M. REITER * | NEW YORK OFFICE |
| LAURA C. JOHNSON + | 14 WALL STREET, 20TH FLOOR |
| SHARON B. MORELAND # | NEW YORK, NY 10005 |
| | (212) 222-0955 |
| | (212) 202-4784 FAX |
| * ADMITTED NEW YORK & NEW JERSEY | |
| + ADMITTED NEW JERSEY & COLORADO | lreiter@lreiterlaw.com |
| # ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS | |

March 31, 2022

Magistrate Judge James B. Clark, III
United States District Court, District of New Jersey
50 Walnut Street
Courtroom MLK 2A
Newark, New Jersey 07101

      Re:    The Estate of Carlos Borroto et als. v. CFG Health Systems, et. als.
                Civil Action No.: 19-17148-JMV-JBC

Honorable Sir:

      We represent the plaintiff with respect to the above-referenced matter. A telephone status conference is scheduled to take place on April 8, 2022 before your Honor.

      Per your Honor's December 2, 2021 Letter Order, Fact Discovery was to be completed by April 1, 2022. All parties have exchanged disclosures, propounded written discovery demands, and served responses to discovery demands. The depositions of Maritza Clark and Eric Frias, Administrators of the Estate of Carlos Borroto, have taken place. The deposition of defendant Samonte Sofrado has taken place, and the deposition of defendant Dr. Frank Santos is scheduled for April 13, 2022. Counsel have conferred and are in the process of scheduling depositions of all parties and party representatives, which is an extensive list.

      With regard to exchange of settlement positions, as discussed at each status conference, the plaintiffs are unable to tender a settlement demand without the videotape from the jail being produced and viewed. During discovery, the Hudson County defendants provided what was purported to be a copy of the closed circuit video from the Hudson County Jail from the date of the decedent's death. The disc which was provided is not in a viewable format and no parties have been able to open and view the contents. We have been diligently working with counsel for the Hudson County defendants to obtain a viewable copy of this video. **Although counsel has continued to be responsive, we still have not received a viewable copy of this video**. We have advised all parties that the video is vital to our ability to move forward with settlement discussions.

**LAW OFFICES OF LORNE M. REITER, LLC**

Magistrate Judge James B. Clark, III
March 31, 2022
Page -2-

   The parties jointly respectfully request that the Court permit 120 additional days, until July 30, 2022, to complete depositions and to exchange settlement positions.

                Respectfully submitted,

                *S/ Lorne M. Reiter*

                LORNE M. REITER

LMR:lcj
 cc: *All counsel of record*