**LAW OFFICES OF LORNE M. REITER, LLC**
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

TEL. (732) 747-9555
FAX (732) 626-6800

| | |
|---|---|
| LORNE M. REITER * | NEW YORK OFFICE |
| LAURA C. JOHNSON + <br> SHARON B. MORELAND # | 14 WALL STREET, 20TH FLOOR <br> NEW YORK, NY 10005 <br> (212) 222-0955 <br> (212) 202-4784 FAX |
| * ADMITTED NEW YORK & NEW JERSEY <br> + ADMITTED NEW JERSEY & COLORADO <br> # ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS | lreiter@lreiterlaw.com <br> ljohnson@lreiterlaw.com |

March 20, 2024

District Judge Madeline Cox Arleo
United States District Court, District of New Jersey
50 Walnut Street
Courtroom MLK 2A
Newark, New Jersey 07101

  Re: The Estate of Carlos Borroto et als. v. CFG Health Systems, et. als.
     Civil Action No.: 19-17148-MCA-JBC

Honorable Madam:

  We represent the plaintiff with respect to the above-referenced matter.

  As the Court is aware, the defendants have filed four summary judgment motions pursuant to the Court's deadline, which was extended upon joint request until January 26, 2024. Please see ECF docs. 77, 78, 79 and 80. Upon consent, this Court granted plaintiff's request to set a briefing schedule for all oppositions to be filed by March 26, 2024.

  Please accept this correspondence as the plaintiff's request for an additional seven (7) day extension, setting the time for the filing of opposition papers to be filed on or by April 2, 2024. The reason for this request is a recent and unexpected death in the family of counsel assisting in drafting several of the opposition briefs, requiring her to be out on bereavement leave this week.

  All parties have consented to this request.

  Thank you for your consideration.

              Respectfully submitted,

              *s/ Lorne M. Reiter*

              LORNE M. REITER

LMR:lcj
cc: *All counsel of record via ECF*