**LONDAR & MCCLAIN, PC**
A Professional Corporation
3000 Atrium Way
Suite 200 PMB#319
Mount Laurel, NJ 08054
(888) 386-4443
Lilia Londar, Esquire (LL 1120)
Jeffrey S. McClain, Esquire (JSM 0966)
Attorneys for Defendants CFG Health Systems, LLC and Samonte Sofrado

| | |
|---|---|
| The Estate of Carlos Borroto and Maritza Clark and Eric Frias, as Administrators Ad Prosequendum for the Estate of Carlos Borroto,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CFG Health Systems, LLC, Hudson County Correctional Center; Ronald P. Edwards; Dorothea Kalinisan; Samonte Sofrado; County of Hudson, New Jersey; Hackensack Meridian Palisades Medical Center; Dr. Frank Santos; John Doe Jail Personnel and/or Corrections Officers 1-5 (fictitious individuals) in their official and individual capacities, and John Doe Healthcare Providers 1-5 (fictitious individuals) in their official and individual capacities,<br><br>　　　　　　Defendants. | **UNITED STATES DISTRICT COURT**<br>**District of New Jersey**<br>Newark Vicinage<br><br>Case No. 2:19-cv-17148 (JMV) (JBC)<br><br>Civil Action<br><br>**Notice to Withdraw as Counsel** |

**PLEASE TAKE NOTICE** that Stephen D. Holtzman, Esquire (SDH 9921), formerly of Holtzman McClain & Londar, PC, which is now Londar & McClain, PC, retired on December 31, 2023 and left the firm. He has no further involvement in this matter, and it is respectfully requested that his appearance on behalf of **Defendants CFG Health Systems, LLC and Samonte Sofrado** in the above-captioned matter be removed from electronic case filing notifications in this case. Lilia Londar, Esquire and Jeffrey S. McClain, Esquire of Londar & McClain, PC, will remain counsel for the aforementioned parties, and all future correspondences, pleadings, orders and court notices should be directed to them

**LONDAR & MCCLAIN , PC**
/s/ Lilia Londar (LL1120)
Attorney for Defendants CFG Health Systems, LLC and Samonte Sofrado

Dated: December 4, 2024