**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

March 20, 2025

**LETTER ORDER**

Re:   **The Estate of Carlos Borroto, et al. v. CFG Health Systems, LLC, et al.**
      **Civil Action No. 19-17148 (MCA)**

Dear Counsel,

The Court will conduct a telephone status conference with the parties in this matter on **April 17, 2025 at 12:00 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                                **JAMES B. CLARK, III**
                                                **United States Magistrate Judge**