# LAW OFFICES OF LORNE M. REITER, LLC
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

TEL. (732) 747-9555
FAX (732) 626-6800

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #
EDWARD I. BRAZAITIS^

\* ADMITTED NEW YORK & NEW JERSEY
\+ ADMITTED NEW JERSEY & COLORADO
\# ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS
^ ADMITTED NEW JERSEY

NEW YORK OFFICE

14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005
(212) 222-0955
(212) 202-4784 FAX

lreiter@lreiterlaw.com

July 24, 2025

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 7/24/2025

Magistrate Judge James B. Clark, III
United States District Court, District of New Jersey
50 Walnut Street
Courtroom MLK 2A
Newark, New Jersey 07101

Re:   The Estate of Carlos Borroto et als. v. CFG Health Systems, et. als.
       Civil Action No.: 19-17148-JMV-JBC

Honorable Sir:

We represent the plaintiff with respect to the above-referenced matter. Please accept this correspondence as a joint status update and request for extension of time to complete mediation.

Pursuant to the Court's Mediation Referral Order dated May 28, 2025, the parties conducted a full day of in-person mediation with appointed mediator Hon. Noel L. Hillman on July 11, 2025. Prior to conducting mediation on this date, in anticipation that this matter might require additional time to conduct meaningful mediation, all parties and Judge Hillman set aside August 4, 2025 to conduct a second day of mediation if necessary and desired by all parties.

This matter has not settled following mediation on July 11th, however the parties wish to conduct a second day of mediation on August 4, 2025 in a good faith effort to resolve this matter. The parties therefore respectfully request that the deadline to complete mediation be extended from August 1, 2025 to August 4, 2025.

This matter is presently scheduled for a telephonic status conference on August 11, 2025.

Respectfully submitted,

s/ Lorne M. Reiter

LORNE M. REITER

LMR:lcj
cc:   *All counsel of record via ECF*