**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **THE ESTATE OF CARLOS BORROTO, et al.,** | Civil Action No. 19-17148(MCA) |
| *Plaintiff* | **ORDER** |
| *v.* | |
| **CFG HEALTH SYSTEMS, LLC., et al.,** | |
| *Defendants.* | |

**THIS MATTER** comes before the Court by way of Settlement Conference; for the reasons stated on the record,

**IT IS**, on this 1st day of April, 2026,

**ORDERED** that Mark Falk, Esq., is hereby appointed to serve as counsel to the two minor beneficiaries under the Estate of Carlos Borroto.


*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**