**LAW OFFICES OF LORNE M. REITER, LLC**
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

TEL. (732) 747-9555
FAX (732) 626-6800

LORNE M. REITER *                                                                         NEW YORK OFFICE

LAURA C. JOHNSON +                                                         14 WALL STREET, 20TH FLOOR
SHARON B. MORELAND #                                                              NEW YORK, NY 10005
EDWARD I. BRAZAITIS ^                                                                 (212) 222-0955
                                                                                     (212) 202-4784 FAX

* ADMITTED NEW YORK & NEW JERSEY                                          lreiter@lreiterlaw.com
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY &
MASSACHUSETTS
^ ADMITTED NEW JERSEY

April 20, 2026

The Honorable Madeline Cox Arleo
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building &amp; U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Estate of Borroto, et al. v. CFG Health Systems, et al.
             Civil Action No.: 19-17148
             *Motions in Limine*

Dear Judge Cox Arleo:

We represent the Plaintiffs with regard to the above referenced matter. Pursuant to the Court's scheduling Order (*ECF* Doc. #144), the Plaintiffs have filed several oppositions to the Defendants' motions *in limine,* which were filed on April 6, 2026. Several motions were filed after the April 6, 2026 deadline. Upon request and with the Court's permission, Defendant Santos was allowed an additional day to file their Motion to Bar Testimony of Dr. Figarola. Plaintiff was also granted an additional day to file opposition to this motion, which will be filed on or before April 21, 2026. (*ECF* Docs. #156-158).

Defendant CFG filed several motions on April 9, 2026, three days beyond the filing deadline. Plaintiff did not consent to a late filing of motions and opposes same. Defendant CFG filed correspondence with the Court seeking permission for this late filing and asking for equal additional time for Plaintiff to respond to CFG's motions. (*ECF* Doc. #168). Although the Court has not yet responded to this Defendant's request for permission to file late, **should the Court allow the late filing of CFG's motions, please accept this correspondence as a request for Plaintiffs to have an additional seven (7) days to respond to CFG's motions. If granted by this Court, Plaintiffs will file oppositions to Defendant CFG's motions *in limine* on or before April 27, 2026.**

Additionally, Plaintiff files this letter to inform the Court of Plaintiff's intention not to oppose the following motions:

- *ECF* Doc. #149 - Defendant Santos' Motion to Bar Expert Hayward from Offering Any Opinions Regarding the Care Rendered by Frank Santos, MD;
- *ECF* Doc. #151 - Defendant Santos' Motion to Bar Plaintiff's Claim for Punitive Damages;

LAW OFFICES OF LORNE M. REITER, LLC

The Honorable Madeline Cox Arleo
April 20, 2026
Page -2-

- *ECF* Doc. #152 - Defendant Santos' Motion to Limit the Evidence or Testimony Presented at Trial Relative to the Plaintiff's Claim for Economic Losses;
- *ECF* Doc. #164 - Defendant CFG's Motion to Exclude Certain Opinions of Expert Kucsma.

     Plaintiffs will rely upon our response to Defendant Palisades Medical Center's Motion to Bar Testimony of Expert Kucsma filed at *ECF* Doc. #167 in response to all motions filed by Defendants Santos, CFG and Hudson County by way of joining CFG's motion, with regard to limiting the testimony of Plaintiffs' Economic Expert, Kristin Kucsma.

     Thank you for Your Honor's Consideration in this matter.

Respectfully submitted,

*s/ Lorne M. Reiter*

LORNE M. REITER

cc: All Counsel of Record (via ECF)