Lilia Londar
Admitted in NJ and PA
llondar@hmlnjlaw.com

Jeffrey S. McClain
Admitted in NJ
jmcclain@hmlnjlaw.com



309 Fellowship Rd
Suite 200 PMB#860
Mount Laurel, NJ 08054
Tel: (888) 386-4443
www.hmlnjlaw.com

April 22, 2026

**Via Electronic Filing**
Madeline Cox Arleo, U.S. District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:**   ***The Estate of Carlos Borroto, et al.* v. *CFG Health Systems, et al.***
> **Civil Action No. 19-17148**

Dear Judge Arleo,

As Your Honor is aware, my office represents Defendants CFG and Sofrado Samonte in the above-referenced matter. Given the upcoming trial date of May 11, 2025, I am writing to respectfully request guidance from the Court concerning pretrial submissions. To date, no scheduling order has been issued setting deadlines for pretrial filings, and the parties have not been directed to prepare a final pretrial order.

I recognize that the Court has been focused on addressing potential settlement, and I appreciate the Court's efforts in that regard. At the same time, with trial approaching, I want to be sure the parties are proceeding in accordance with the Court's expectations, should the case not resolve.

Accordingly, I respectfully ask whether the Court intends to set deadlines for pretrial submissions, or whether the parties should await further direction.

Thank you for the Court's consideration.

Very truly yours,

*Lilia Londar*

LILIA LONDAR