**LAW OFFICES OF LORNE M. REITER, LLC**
124 FIRST AVENUE
ATLANTIC HIGHLANDS, NEW JERSEY 07716

———

TEL. (732) 747-9555
FAX (732) 626-6800

LORNE M. REITER *

———

LAURA C. JOHNSON +
SHARON B. MORELAND #
EDWARD I. BRAZAITIS ^

———

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY &
MASSACHUSETTS
^ ADMITTED NEW JERSEY

NEW YORK OFFICE

———

14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005
(212) 222-0955
(212) 202-4784 FAX

lreiter@lreiterlaw.com

April 27, 2026

The Honorable Madeline Cox Arleo
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building &amp; U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    Estate of Borroto, et al. v. CFG Health Systems, et al.
             Civil Action No.: 19-17148
             *Trial Date: May 11, 2026*

Dear Judge Cox Arleo:

We represent the Plaintiffs with regard to the above referenced matter. We are in receipt of correspondence filed by counsel for CFG and Sofrado Samonte in this matter dated April 22, 2026. (*ECF* Doc. #178). As noted by counsel in this letter, a trial date of May 11, 2026 has been set and we await pretrial scheduling instructions with regard to pretrial exchanges and submissions.

As Your Honor is aware, following the last conference with this Court on March 18, 2026, the Court appointed Ret. Judge Mark Falk to serve as counsel to the two minor beneficiaries under the Estate of Carlos Borroto (ECF Doc. #147, 4/2/26) and appointed Ret. Judge Noel Hillman to conduct further mediation (ECF Doc. #166, 4/10/26). Please be advised that all parties met and conferred with Judge Hillman on April 20, 2026 and a tentative date of April 30, 2026 has been set for mediation. However, it has come to the attention of all parties and Judge Hillman that Judge Falk has discovered a conflict that precludes him from acting as counsel for the minor beneficiaries in this matter.

It is the understanding of all parties that Ret. Judge Dickson will be assigned to represent the minor beneficiaries. At this time, it is unclear if a Judge Dickson will be available to participate in mediation on April 30th, although he has been invited to do so. All parties have expressed a desire to meaningfully mediate this matter and to have adequate time to explore settlement with the assistance of Judge Hillman.

In light of the concerns outlined in CFG counsel's letter regarding scheduling of pretrial exchanges, submissions and the filing of a pretrial order, as well as the unanticipated issue of Judge Falk's conflict, the parties jointly, respectfully request that the trial date of May 11, 2026 be adjourned. We seek this adjournment to allow for the parties to complete mediation and, should this

The Honorable Madeline Cox Arleo
April 27, 2026
Page -2-

matter not settle, for pretrial submission dates to be set.  After conferring with all counsel, the parties respectfully request that a trial date after October 12, 2026 be set to allow the parties time to fully explore mediation.

Thank you for Your Honor's Consideration in this matter.

Respectfully submitted,

*s/ Lorne M. Reiter*

LORNE M. REITER

cc: All Counsel of Record (via ECF)
Noel Hillman, Esq.